Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE: <br> VINCENT D. GORDON <br> BROOKE M. GORDON <br><br> Debtors | CASE NO: 11-29373 <br><br> Chapter 13 <br><br> JUDGE JOEL T. MARKER |
|---|---|

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. All issues raised in the Trustee's initial objection to confirmation remain unresolved.

2. The Trustee's objection to an exemption claimed on Schedule C remains unresolved.  The Trustee requests a ruling from the court on this issue.

3. The Trustee requests an update regarding: Brooke Gordon's status of employment.

THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: August 23, 2011

                                                        KRA /s/
                                                     Kevin R. Anderson, Esq.
                                                     Standing Chapter 13 Trustee

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 23, 2011:

ROBERT A. EDER, JR, ECF NOTIFICATION