# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Vincent D. Gordon | Case No. | 11-29373 |
|---|---|---|---|
|  |  | Chapter | 13 |
|  | Brooke M. Gordon |  |  |
|  | Debtor(s) | Trustee: | Anderson |

### AMENDED MATRIX

**File amended matrix with ONLY the amended creditors. File separate change of address form to change the debtor's address.**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added. A certificate of mailing should be filed with the Clerk's office (see below). If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix**   X Adding   ___ Correcting   ___ Deleting

1) SEE ATTACHED              2)

3)                            4)

5)                            6)

7)                            8)

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage paid, to the creditors added to this estate as follows:

X 341 Notice         ___ Discharge Notice

8·24·11
DATE                                    ATTORNEY FOR DEBTOR(S)

REV. 1/00

Vincent D. Gordon
Brooke M. Gordon
11-29373

Alliance One Receivables Management
1160 Centre Point Dr, Ste. 1
Saint Paul, MN 55120-1270

Arrow Financial Services
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714-4610

Bank of America
PO Box 53137
Phoenix, AZ 85072-3137

Cabela's
PO Box 82609
Lincoln, NE 68501-2609

Card Services
PO Box 15137
Wilmington, DE 19850-5137

Cottonwood Hospital
5770 S. 300 E.
Murray, UT 84107-6548

eCast Settlement Corp.
FIA Card Services aka Bank of America
PO Box 35480
Newark, NJ 07193-5480


Edwin B. Parry
PO Box 25727
Salt Lake City, UT 84125


Encore Receivables Management Inc.
PO Box 3330
Olathe, KS 66063-3330


Global Payments
PO Box 661068
Chicago, IL 60666-1068


Hidden Valley Family Medicine
12176 S. 7000 E.
Draper, UT 84020


Hidden Valley Family Medicine
PO Box 150610
Ogden, UT 84415-0610


IC Systems Inc.
444 Hwy 96 East
PO Box 64887
Saint Paul, MN 55164


IHC/ARC
PO Box 30191
Salt Lake City, UT 84130-0191

Intermountain Heathcare
4646 West Lake Park Blvd.
Salt Lake City, UT 84120


Intermountain Heathcare Lab
5252 S. Intermountain Drive
Murray, UT 84107


J. Barry Nielsen MD
Cottonwood Hospital
5770 S. 300 E.
Salt Lake City, UT 84107-6548


Justin O Burton
Rulon T Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107-5435


Lab Corp
PO Box 2240
Burlington, NC 27216


Lone Peak Veterinary
12444 S. 300 E.
Draper, UT 84020-9539


Mountain West Anesthesia
PO Box 3570
Salt Lake City, UT 84110


National General Assurance Co.
First Premier Collection
PO Box 26140
225 Commerce Place
Greensboro, NC 27402

Nelnet for Utah Higher Ed. Assistance
PO Box 145112
Salt Lake City, UT 84114-5112


Nelnet Inc.
PO Box 17460
Denver, CO 80217-0460


Randy R. Black DDS
1925 E. 5600 S.
Salt Lake City, UT 84121-1351


Russel A Smith MD/Robert W Later
9660 S. 1300 E.
Sandy, UT 84094


Salt Lake County Treasurer
2001 S. State St. #N1200
Salt Lake City, UT 84190-0001


Salt Lake Orthopaedic Clinic
1160 E. 3900 S., Ste. 5000
Salt Lake City, UT 84124-1275


Snap on Credit LLC
950 Technology Way
Suite 301
Libertyville, IL 60048-5339


Tiburon Financial LLC
PO Box 770
Boys Town, NE 68010-0770

Case 11-29373    Doc 19    Filed 08/24/11    Entered 08/24/11 13:26:05    Desc Main
              Document          Page 6 of 6

UHEAA
PO Box 145108
Salt Lake City, UT 84114-5108


United Recovery Group
PO Box 369
Draper, UT 84020-0369


Utah Dept. of Health
Children with Special Needs
PO Box 142001
Salt Lake City, UT 84114-2001


Utah Valley Radiology
PO Box 657
Orem, UT 84059


Wasatch Pediatrics
PO Box 71550
Salt Lake City, UT 84171


World's Foremost Bank
PO Box 82609
Lincoln, NE 68501