B6C (Official Form 6C) (4/10)

In re **Vincent D. Gordon**  
     **Brooke M. Gordon**

Case No. **11-29373 JTM**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)  
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| House<br>1784 East Pioneer Road<br>Draper, UT 84020<br>(exemption limited to 1 acre) | Utah Code Ann. § 78B-5-503(2) | $40,000.00 | $180,000.00 |
| Stove, Microwave, Washer, Dryer, Refrigerator, Freezer, Beds & Bedding | Utah Code Ann. § 78B-5-505(1)(a)(viii) | $1,690.00 | $1,690.00 |
| Sofa/couch, Television sets, Living room chair, Lamps, DVD & VCR player, Stereo, Dresser/Drawers, CDs & DVDs | Utah Code Ann. § 78B-5-506(1)(a) | $1,000.00 | $1,900.00 |
| Dining/Kitchen set | Utah Code Ann. § 78B-5-506(1)(b) | $50.00 | $50.00 |
| Books | Utah Code Ann. § 78B-5-506(1)(c) | $50.00 | $50.00 |
| Clothing | Utah Code Ann. § 78B-5-505(1)(a)(viii) | $400.00 | $400.00 |
| Wedding rings | Utah Code Ann. § 78B-5-506(1)(d) | $1,000.00 | $1,500.00 |
| 1990 Chevrolet Pickup | Utah Code Ann. § 78B-5-506(3)(b) | $2,500.00 | $1,500.00 |
| 2001 Nissan Sentra | Utah Code Ann. § 78B-5-506(3)(b) | $2,500.00 | $2,200.00 |
| Mechanic's tools | Utah Code Ann. § 78B-5-506(2) | $3,500.00 | $8,000.00 |
| Dogs & cat | Utah Code Ann. § 78B-5-506(1)(c) | $50.00 | $50.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $52,740.00 | $197,340.00 |