ROBERT A. EDER, JR. (# 8056)
Attorney for the Debtor(s)
5667 S. Redwood Road, Suite 8
Salt Lake City, Utah 84123
Telephone (801) 265-1836
Facsimile (801) 265-1866
rob@ederlaw.net

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| IN RE:<br>    VINCENT D. GORDON and<br>    BROOKE M. GORDON,<br><br>                    Debtor(s). | Bankruptcy Case No. 11-29373 JTM<br><br>Chapter 13 |
|---|---|

### DEBTORS' MOTION TO CONTINUE CONFIRMATION HEARING

Debtors Vincent D. Gordon and Brooke M. Gordon move the Court for an order continuing the Confirmation Hearing that is scheduled for September 6, 2011 at 9:00 A.M. in this case.

Debtors so move the Court because Debtors and the Chapter 13 Trustee disagree as to the value of Debtors' home, and Debtors require additional time to obtain an appraisal of the home.

For the above reasons, Debtors request a continuance of 30 days.

DATED August 29, 2011.

/S/ Robert A. Eder Jr.
Robert A. Eder Jr.
Attorney for the Debtor(s)

<u>CERTIFICATE OF SERVICE</u>

     I Hereby Certify that on August 29, 2011, I sent by U.S. Mail, postage pre-paid, or by ECF, a true and correct copy of Debtors' Motion to Continue Confirmation Hearing to the following party:

Kevin R. Anderson
(VIA ECF)

                                              **/S/ Robert A. Eder Jr.**
                                              Robert A. Eder Jr.
                                              Attorney for the Debtor(s)